Submitted on appellant's brief October 19, affirmed November 5, petition for rehearing denied December 7, 1971, petition for review denied January 11, 1972,

STATE OF OREGON, *Respondent, v.* JERRY E. SINCLAIR (No. 4478), *Appellant.*

489 P2d 1155

Gary D. Babcock, Public Defender, and J. Marvin Kuhn, Deputy Public Defender, Salem, for appellant.

No appearance for respondent.

Before Schwab, Chief Judge, and Foley and Thornton, Judges.

PER CURIAM.

Affirmed. *State v. Gann,* 254 Or 549, 463 P2d 570 (1969).